IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　*Plaintiff*,<br><br>　　　　　　*v.*<br><br>CARLOS BEZA-GARI,<br>　　　　　*Defendant*. | CRIM. NO.:　　09-cr-334-RAM-3 |

## NOTICE OF APPEARANCE

　　Please note and enter the appearance of the undersigned as counsel for **Mr. Carlos Beza-Gari**, for court-appointed representation.

　　March 7, 2025

　　　　　　　　　　　　　　　　　　　　RACHEL BRILL
　　　　　　　　　　　　　　　　　　　　Federal Public Defender,
　　　　　　　　　　　　　　　　　　　　District of Puerto Rico

　　　　　　　　　　　　　　　　　　　　S/KEVIN E. LERMAN*
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　USDC-PR G03113
　　　　　　　　　　　　　　　　　　　　241 F.D. Roosevelt Ave.
　　　　　　　　　　　　　　　　　　　　San Juan, P.R. 00918-2441
　　　　　　　　　　　　　　　　　　　　Tel. (787) 281-4922, Fax (787) 281-4899
　　　　　　　　　　　　　　　　　　　　E-mail: Kevin_Lerman@fd.org

　　***CERTIFICATION:** I ECF-filed this notice, notifying the parties of record, including counsel for the United States.